No. 78–5038. VILLARREAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5039. BAKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5042. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5043. READ *v.* BAKER ET AL., TRUSTEES. C. A. 3d Cir. Certiorari denied.

No. 78–5044. LOWE *v.* UNITED STATES; and
No. 78–5052. DIXON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 575 F. 2d 1193.

No. 78–5046. WINFIELD *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 3d Cir. Certiorari denied.

No. 78–5048. MARTINO *v.* AMERICAN AIRLINES, INC. C. A. 2d Cir. Certiorari denied.

No. 78–5049. FERRELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5050. MCINTYRE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5053. BURKE *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 78–5054. HORTON *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 78–5055. MAZZEFFI *v.* SCHWANKE, DBA ASHLAND & WAVELAND SERVICE STATION, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.